# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO ARENAS-BARRAGAN,<br><br>Defendant. | Case No.: 17-CR-1123-GPC<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>**Honorable Gonzalo P. Curiel** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information in the above-captioned matter is dismissed without prejudice <u>only</u> as to defendant EDUARDO ARENAS-BARRAGAN.

SO ORDERED.

Dated: May 23, 2017

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge